# Third District Court of Appeal

## State of Florida

Opinion filed November 10, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0024
Lower Tribunal No. 21-341
_____

**Z.B., A Juvenile,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Orlando A. Prescott, Judge.

Carlos J. Martinez, Public Defender, and Nicholas Lynch, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General and Ivy R. Ginsberg, Assistant Attorney General, for appellee.

Before EMAS, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.  Phantom of Clearwater, Inc. v. Pinellas County, 894 So. 2d 1011, 1020 (Fla. 2d DCA 2005) ("[T]he fact that an ordinance imposes additional requirements on a person or business is not evidence of conflict.").